IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00244–EWN–MEH

CHERYL THOMPSON,

      Plaintiff,

v.

UNITED AIRLINES INC., a corporation
doing business in the State of Colorado,

      Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Motion to Dismiss with Prejudice" filed April 6, 2006. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 7th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge